## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| SARAH SOAPE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:23-CV-00247-JDK-KNM |
| | § | |
| MAXIMUS, INC., | § | |
| | § | |
| *Defendant.* | § | |

### <u>ORDER</u>

Before the Court is the Parties' Joint Motion to File Settlement Agreement Under Seal (Doc. No. 18). The Parties request to file their Settlement Agreement under seal to protect the privacy of the Parties with regard to their confidential negotiations and the resulting terms of compromise. When parties to an FLSA settlement submit a settlement agreement for the Court's approval, there is a strong presumption in keeping the settlement agreement unsealed and available for public review. *Parrish v. Def. Sec. Co.*, No. 3:10-CV-2604-D, 2013 WL 372940, at *1 (N.D. Tex. Jan. 31, 2013). However, when the parties are not required to obtain judicial approval of the settlement agreement, there is no public interest in the disclosure of the private settlement agreement. *Farner v. CHCA Bayshore, L.P.*, No. 3:22-CV-00369, 2023 WL 5528611, at *5 (S.D. Tex. Aug. 28, 2023). Upon due consideration, it is hereby

**ORDERED** that the Parties' Joint Motion to File Settlement Agreement Under Seal (Doc. No. 18) is **GRANTED**.

So ORDERED and SIGNED this 13th day of October, 2023.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1